1  EDMUND G. BROWN JR.
   Attorney General of the State of California
2  KARIN S. SCHWARTZ
   Supervising Deputy Attorney General
3  SUSAN M. CARSON, State Bar No. 135875
   Supervising Deputy Attorney General
4   455 Golden Gate Avenue, Suite 11000
    San Francisco, CA  94102-7004
5   Telephone:  (415) 703-5580
    Fax:  (415) 703-5480
6   E-mail:  susan.carson@doj.ca.gov

7  Attorneys for Respondents John Wagner,
   Director of Department of Social Services
8  and Department of Social Services

10                  IN THE UNITED STATES DISTRICT COURT

11                 FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JOSHUA LEONARD,**<br><br>                    Plaintiff and Petitioner,<br><br>          v.<br><br>**JOHN WAGNER, Director, California Department of Social Services and CALIFORNIA DEPARTMENT OF SOCIAL SERVICES,**<br><br>                    Defendants and Respondents. | No.  C 07 4490 JCS<br><br>**RESPONDENTS/DEFENDANTS' ANSWER TO PETITION FOR WRIT OF MANDATE (CCP § 1085); VERIFIED COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF**<br><br>Action Filed:  July 25, 2007 |

     In answer to petitioners/plaintiffs' petition for writ of mandate/complaint, respondents/defendants John Wagner and California Department of Social Services (DSS) hereby admit, deny, and allege as follows:

     1-2.   To the extent this paragraph purports to state the law, respondents/defendants are not required to plead.  Respondents/Defendants deny all other allegations in paragraphs 1 and 2.

     3-4.  Respondents/defendants are without sufficient information and belief to answer the allegations in paragraphs 3-4, and on that basis, deny each and every allegation.

//

1    5. The decision in *Fry v. Saenz* (2002) 98 Cal. App.4th 256 speaks for itself.

2    6. Petitioner/Plaintiff's petition/complaint speaks for itself.

3    7-10. Respondents/Defendants are without sufficient information and belief to answer the allegations in paragraphs 4-9, and on that basis, deny each and every allegation.

4    11-12. Respondents/defendants admit that John Wagner is the Director of DSS, and that DSS administers the foster care service system. To the extent these paragraphs contain other allegations, Respondents/Defendants deny them.

5    13-16. Paragraphs 13-16 contain conclusions of law to which respondents/defendants are not required to plead as the law speaks for itself. To the extent these paragraphs contain other allegations, Respondents/Defendants deny them.

6    17-18. Paragraphs 17-18 contain conclusions of law to which respondents/defendants are not required to plead as the law speaks for itself. To the extent these paragraphs contain other allegations, Respondents/Defendants deny them.

7    19. Respondents/defendant admit that DSS is a department of the state of California and that it receives funding through the state budget for the AFDC-Foster Care program.

8    20-31. Paragraphs 20-31 contain conclusions of law to which respondents/defendants are not required to plead as the law speaks for itself. To the extent these paragraphs contain other allegations, Respondents/Defendants deny them.

9    32-39. Paragraphs 32-39 contain conclusions of law to which respondents/defendants are not required to plead as the law speaks for itself. To the extent these paragraphs contain other allegations, Respondents/Defendants deny them.

10    40-49. Respondents/Defendants are without sufficient information and belief to answer the allegations contained in paragraphs 40-49, and on that basis, deny each and every allegation.

11    50. Paragraph 50 contains conclusions of law to which respondents/defendants are not required to plead as the law speaks for itself. To the extent paragraph 50 contains other allegations, respondents/defendants deny them.

12    51-58. Paragraphs 51-58 contain conclusions of law to which respondents/defendants are not required to respond. To the extent these paragraphs contains other allegations,

1 | respondents/defendants deny them.

2 |     59-64. Paragraphs 59-64 contain conclusions of law to which respondents/defendants are
3 | not required to respond. To the extent these paragraphs contains other allegations,
4 | respondents/defendants deny them.

5 |     65-69. Paragraphs 65-69 contain conclusions of law to which respondents/defendants are
6 | not required to respond. To the extent these paragraphs contains other allegations,
7 | respondents/defendants deny them.

## RESPONSE TO PRAYER FOR RELIEF

In response to Petitioners/Plaintiffs' request for relief, Respondents/Defendants admit that Petitioner/Plaintiff seek declaratory relief, a writ of mandate and permanent injunctions, costs of suit and reasonable attorneys' fees and such "further relief as the Court deems just and proper." However, Respondents/Defendants deny that Petitioners/Plaintiffs are entitled to the relief they seek, or any other relief.

## AFFIRMATIVE DEFENSES

1. Respondents/Defendants allege that Petitioner/Plaintiff's Petitioner/Complaint fails to state any claim upon which relief may be granted.

2. The Petition/Complaint is deficient in that it fails to name an indispensable party.

3. Because the Petition/Complaint is couched in conclusory terms, Respondents/Defendants cannot fully anticipate all affirmative defenses that may be applicable

//
//
//
//
//
//
//
//
//

1 | to this action. Accordingly, Respondents/Defendants reserve the right to assert additional
2 | affirmative defenses, if and to the extent that such affirmative defenses are applicable.
3 | Dated: September 7, 2007

Respectfully submitted,

EDMUND G. BROWN JR.
Attorney General of the State of California
KARIN S. SCHWARTZ
Supervising Deputy Attorney General


/s/Susan M. Carson


SUSAN M. CARSON
Supervising Deputy Attorney General
Attorneys for Respondents John Wagner,
Director of Department of Social Services,
and Department of Social Services

SF2007401962
Answer.wpd