ATTORNEY GENERAL--OFFICE COPY

1  EDMUND G. BROWN JR.
   Attorney General of the State of California
2  KARIN S. SCHWARTZ
   Supervising Deputy Attorney General
3  SUSAN M. CARSON, State Bar No. 135875
   Supervising Deputy Attorney General
4  455 Golden Gate Avenue, Suite 11000
   San Francisco, CA 94102-7004
5  Telephone: (415) 703-5580
   Fax: (415) 703-5480
6  E-mail: susan.carson@doj.ca.gov

7  Attorneys for Respondents John Wagner,
   Director of Department of Social Services
8  and Department of Social Services

**ORIGINAL FILED**

SEP - 7 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSHUA LEONARD,<br><br>  Plaintiff and Petitioner,<br><br>v.<br><br>JOHN WAGNER, Director, California Department of Social Services and CALIFORNIA DEPARTMENT OF SOCIAL SERVICES,<br><br>  Defendants and Respondents. | No. C 07 4490 JCS<br><br>CERTIFICATE OF SERVICE OF NOTICE TO ADVERSE PARTY OF REMOVAL OF ACTION UNDER 28 U.S.C. § 1441(B) (FEDERAL QUESTION)<br><br>Action Filed: July 25, 2007 |

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

PLEASE TAKE NOTICE that defendants/respondents John Wagner, in his official capacity as Director of the Department of Social Services, and the Department of Social Services (respondents/defendants), hereby certify that respondents have provided Notice to the adverse party of the removal to this Court the state court action, as set forth in the attached NOTICE TO

//

//

//

1  ADVERSE PARTY OF REMOVAL TO FEDERAL COURT and Proof of Service attached
2  thereto. The Notice and Proof of Service on the adverse party are attached hereto as Exhibit A.
3  Dated: August 29, 2007

Respectfully submitted,

EDMUND G. BROWN JR.
Attorney General of the State of California
KARIN S. SCHWARTZ
Supervising Deputy Attorney General

*/s/ SMCarson/*

SUSAN M. CARSON
Supervising Deputy Attorney General

Attorneys for Respondents John Wagner,
Director of Department of Social Services,
and Department of Social Services

SF2007401962
Certificate of Notice to Adverse Party.wpd

**EXHIBIT A**

COPY

ENDORSED
FILED
San Francisco County Superior Court

SEP  7 2007

GORDON PARK-LI, Clerk
BY: BERNADETTE THOMPSON
　　　　　　　　Deputy Clerk

1  EDMUND G. BROWN JR.
　　Attorney General of the State of California
2  KARIN S. SCHWARTZ
　　Supervising Deputy Attorney General
3  SUSAN M. CARSON, State Bar No. 135875
　　Supervising Deputy Attorney General
4  455 Golden Gate Avenue, Suite 11000
　　San Francisco, CA 94102-7004
5  Telephone: (415) 703-5580
　　Fax: (415) 703-5480
6  E-mail: susan.carson@doj.ca.gov

7  Attorneys for Respondents John Wagner,
　　Director of Department of Social Services
8  and Department of Social Services

9

10　　　　　　　　IN THE SUPERIOR COURT OF CALIFORNIA

11　　　　　　　　　　　COUNTY OF SAN FRANCISCO

12

| | |
|---|---|
| 13  JOSHUA LEONARD,<br>14　　　　　　　　Plaintiff and Petitioner,<br>15　　v.<br>16  JOHN WAGNER, Director, California<br>　　Department of Social Services and CALIFORNIA<br>17  DEPARTMENT OF SOCIAL SERVICES,<br>18　　　　　　　　Defendants and Respondents. | No. CPF-07-507449<br><br>NOTICE TO ADVERSE PARTY<br>OF REMOVAL TO FEDERAL<br>COURT |

19

20　　　　TO PETITIONER JOSHUA LEONARD AND HIS ATTORNEY OF RECORD:

21　　　　PLEASE TAKE NOTICE that a Notice of Removal of this action was filed in the

22  United States District Court for the Northern District of California on August 29, 2007, Case

23  //
24  //
25  //
26  //
27  //
28  //

1

NOTICE TO ADVERSE PARTY OF REMOVAL TO FEDERAL COURT　　　　No. CPF-07-507449

1  No. C 07 4490 JCS. A copy of the Notice of Removal is attached to this notice as Exhibit 1 and
2  is served and filed herewith.
3  Dated: August 30, 2007

Respectfully submitted,

EDMUND G. BROWN JR.
Attorney General of the State of California
KARIN S. SCHWARTZ
Supervising Deputy Attorney General

*/s/ Susan Carson*

SUSAN M. CARSON
Supervising Deputy Attorney General

Attorneys for Respondents John Wagner,
Director of Department of Social Services,
and Department of Social Services

12  SF2007401962

## DECLARATION OF SERVICE BY U.S. MAIL

Case Name:  *Leonard v. John Wagner, Director CDSS*

Case No.:  United States District Court, Northern District, San Francisco Div.

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter; my business address is 455 Golden Gate Avenue, Suite 11000, San Francisco, CA 94102-7004.

On August 30, 2007, I served the attached **NOTICE TO ADVERSE PARTY OF REMOVAL TO FEDERAL COURT** by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the United States Mail at San Francisco, California, addressed as follows:

Angela Schwartz, Esq.
The Public Interest Law Project
449 15th Street, 15th Floor
Oakland, CA 94612-2038

Corene Kendrick, Esq.
Youth Law Center
200 Pine Street, Suite 300
San Francisco, CA 94104

Richard A. Rothschild, Esq.
Western Center for Law and Poverty - Los Angeles Office
3701 Wilshire Boulevard, Suite 208
Los Angeles, CA 90010-2809

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on August 30, 2007, at San Francisco, California.

Esther A. McDonald
Declarant

*Esther McDonald*
Signature

POS Notice to Adverse Party.wpd