1  Angela Schwartz (Bar No. 234650)
   Stephen Ronfeldt (Bar No. 41044)
2  THE PUBLIC INTEREST LAW PROJECT
   449 15th Street, Suite 301
3  Oakland, CA 94612-2038
   Tel.: (510) 891-9794
4  Fax: (510) 891-9727
   Email: aschwartz@pilpca.org
5          sronfeldt@pilpca.org

6  Alice Bussiere (Bar No. 114680)
   Corene Kendrick (Bar No. 226642)
7  YOUTH LAW CENTER
   200 Pine Street, Suite 300
8  San Francisco, CA 94104-2741
   Tel.: (415) 543-3379
9  Fax: (415) 956-9022
   Email: abussiere@ylc.org
10         ckendrick@ylc.org

11 Richard A. Rothschild (Bar No. 67356)
   Nu Usaha (Bar No. 190094)
12 WESTERN CENTER ON LAW AND POVERTY
   3701 Wilshire Boulevard, Suite 208
13 Los Angeles, CA 90010-2809
   Tel.: (213) 487-7211
14 Fax: (213) 487-0242
   Email: rrothschild@wclp.org
15         nusaha@wclp.org

16 Attorneys for Petitioner/Plaintiff Joshua Leonard

17

IN THE UNITED STATES DISTRICT COURT

18

FOR THE NORTHERN DISTRICT OF CALIFORNIA

19

20

| | |
|---|---|
| JOSHUA LEONARD, | Case No.: C07 4490 JCS |
| Petitioner/Plaintiff, | |
| vs. | **[PROPOSED] ORDER** |
| JOHN WAGNER, Director, California Department of Social Services; and CALIFORNIA DEPARTMENT OF SOCIAL SERVICES, | DATE:    October 26, 2007<br>TIME:    9:30 a.m.<br>PLACE:   Court Room A, 15th Floor<br>JUDGE:   Honorable Joseph C. Spero |
| Respondents/Defendants. | |

21

22

23

24

25

26

27

28

1

1

**[PROPOSED] ORDER**

2      Plaintiff seeks an order remanding this civil action to the San Francisco Superior Court.

3  Plaintiff's Motion for Remand came on regularly for hearing, the Honorable Joseph C. Spero,

4  presiding.  After full consideration of all documents submitted by the parties and oral arguments

5  of counsel, the Court concludes that plaintiff has shown that defendants' removal pursuant to 28

6  U.S.C. § 1441(b) lacks authority and is invalid.

7      Accordingly, IT IS HEREBY ORDERED that this civil action is remanded to the San

8  Francisco Superior Court.

9

10  Dated:  _____          _____

11                                            THE HONORABLE JOSEPH C. SPERO
                                            U.S. Magistrate Judge
12                                            Northern District of California

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2

[Proposed] Order                                                    No. C07 4490 JCS