1  EDMUND G. BROWN JR.
   Attorney General of the State of California
2  KARIN S. SCHWARTZ
   Supervising Deputy Attorney General
3  SUSAN M. CARSON, State Bar No. 135875
   Supervising Deputy Attorney General
4   455 Golden Gate Avenue, Suite 11000
   San Francisco, CA  94102-7004
5  Telephone: (415) 703-5580
   Fax: (415) 703-5480
6  E-mail:  susan.carson@doj.ca.gov

7  Attorneys for Respondents John Wagner,
   Director of Department of Social Services
8  and Department of Social Services

9

10              IN THE UNITED STATES DISTRICT COURT

11             FOR THE NORTHERN DISTRICT OF CALIFORNIA

12

| | |
|---|---|
| 13 JOSHUA LEONARD,<br><br>14          Plaintiff and Petitioner,<br><br>15  v.<br><br>16 JOHN WAGNER, Director, California<br>17 Department of Social Services and<br>CALIFORNIA DEPARTMENT OF SOCIAL<br>18 SERVICES,<br><br>19          Defendants and Respondents. | No.  C 07 4490 JCS<br><br>NOTICE OF MOTION TO<br>BRING IN THIRD-PARTY<br>DEFENDANT  (Fed. R. Civ. Proc.<br>14(a)) |

20

21 TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

22       TAKE NOTICE that John Wagner and California Department of Social Services (DSS)

23 will bring the attached motion on for hearing before this court on October 26, 2007 at 9:30 a.m.

24 or as soon thereafter as the matter may be heard in Courtroom A, 15th Floor before the Honorable

25 / / /

26 / / /

27 / / /

28 / / /

1 | Joseph C. Spero of the U.S. District Court, Norther District of California.

2 | Dated: September 21, 2007

3 | Respectfully submitted,

4 | EDMUND G. BROWN JR.
Attorney General of the State of California

5 | KARIN S. SCHWARTZ
Supervising Deputy Attorney General

6 |

7 | /s/Susan M. Carson

8 |

9 | SUSAN M. CARSON
Supervising Deputy Attorney General
Attorneys for Respondents John Wagner,
10 | Director of Department of Social Services,
and Department of Social Services

11 |

12 | SF2007401962
40175360.wpd