1  EDMUND G. BROWN JR.
   Attorney General of the State of California
2  KARIN S. SCHWARTZ
   Supervising Deputy Attorney General
3  SUSAN M. CARSON, State Bar No. 135875
   Supervising Deputy Attorney General
4   455 Golden Gate Avenue, Suite 11000
   San Francisco, CA  94102-7004
5  Telephone: (415) 703-5580
   Fax:  (415) 703-5480
6  E-mail:  susan.carson@doj.ca.gov

7  Attorneys for Respondents John Wagner,
   Director of Department of Social Services
8  and Department of Social Services

9

10              IN THE UNITED STATES DISTRICT COURT

11              FOR THE NORTHERN DISTRICT OF CALIFORNIA

12

13  
    JOSHUA LEONARD,                            No.  C 07 4490 JCS
14  
                 Plaintiff and Petitioner,     NOTICE OF MOTION TO
15                                             BRING IN THIRD-PARTY
          v.                                   DEFENDANT  (Fed. R. Civ. Proc.
16                                             14(a))
    JOHN WAGNER, Director, California
17  Department of Social Services and
    CALIFORNIA DEPARTMENT OF SOCIAL
18  SERVICES,

19               Defendants and Respondents.

20

21  TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

22         TAKE NOTICE that John Wagner and California Department of Social Services (DSS)

23  will bring the attached motion on for hearing before this court on October 26, 2007 at 9:30 a.m.

24  or as soon thereafter as the matter may be heard in Courtroom A, 15th Floor before the Honorable

25  / / /

26  / / /

27  / / /

28  / / /

1 | Joseph C. Spero of the U.S. District Court, Norther District of California.

2 | Dated: September 21, 2007

                                                Respectfully submitted,

EDMUND G. BROWN JR.
Attorney General of the State of California
KARIN S. SCHWARTZ
Supervising Deputy Attorney General

/s/Susan M. Carson

SUSAN M. CARSON
Supervising Deputy Attorney General
Attorneys for Respondents John Wagner,
Director of Department of Social Services,
and Department of Social Services

SF2007401962
40175360.wpd