1  EDMUND G. BROWN JR.
   Attorney General of the State of California
2  KARIN S. SCHWARTZ
   Supervising Deputy Attorney General
3  SUSAN M. CARSON, State Bar No. 135875
   Supervising Deputy Attorney General
4   455 Golden Gate Avenue, Suite 11000
    San Francisco, CA  94102-7004
5   Telephone:  (415) 703-5580
    Fax:  (415) 703-5480
6   E-mail: susan.carson@doj.ca.gov

7  Attorneys for Respondents John Wagner,
   Director of Department of Social Services
8  and Department of Social Services

9

10                IN THE UNITED STATES DISTRICT COURT

11               FOR THE NORTHERN DISTRICT OF CALIFORNIA

12

13  ┌─────────────────────────────────────┬─────────────────────────────┐
    │ JOSHUA LEONARD,                     │ No.  C 07 4490 JCS          │
14  │                                     │                             │
    │            Plaintiff and Petitioner,│ AFFIDAVIT OF SUSAN M.       │
15  │                                     │ CARSON IN SUPPORT OF        │
    │         v.                          │ MOTION TO BRING THIRD-      │
16  │                                     │ PARTY COMPLAINT             │
    │ JOHN WAGNER, Director, California   │                             │
17  │ Department of Social Services and   │                             │
    │ CALIFORNIA DEPARTMENT OF SOCIAL     │                             │
18  │ SERVICES,                           │                             │
    │                                     │                             │
19  │         Defendants and Respondents. │                             │
    └─────────────────────────────────────┴─────────────────────────────┘
20

21       I, SUSAN M. CARSON, do hereby declare:

22
         1. I am a Supervising Deputy Attorney General in the Health, Education and Welfare
23
    Section of the California Attorney General's Office.  As such, I have been assigned to represent
24
    Respondents/Defendants John Wagner and the California Department of Social Services in this
25
    action.
26       2. All of the foregoing facts are of my personal knowledge, and I would and could testify

27  about them competently.

28  ///

3. I submit this Affidavit in support of Respondents/Defendants' motion to file a third-party complaint in this action against the United States Department of Health and Human Services (USDHHS).

4. On September 20, 2007, I telephoned and spoke with Angela Schwartz, counsel for Petitioner/ Plaintiff in this matter. I explained that Respondents/Defendants planned to file this motion to file a third-party complaint against USDHHS and asked whether Petitioner/Plaintiff would agree to its filing.

5. This morning, September 21, 2007, Ms. Schwartz telephoned me and indicated that Petitioner/Plaintiff would oppose this motion. She explained that she believed that USDHHS should be sued in a separate lawsuit.

I declare under penalty of perjury of the laws of the State of California that the above is true and correct.

Executed this 21st day of September, 2007 at San Francisco, California.

    Respectfully submitted,

    EDMUND G. BROWN JR.
    Attorney General of the State of California
    KARIN S. SCHWARTZ
    Supervising Deputy Attorney General

    /s/Susan M. Carson

    SUSAN M. CARSON
    Supervising Deputy Attorney General
    Attorneys for Respondents John Wagner,
    Director of Department of Social Services,
    and Department of Social Services

SF2007401962
40175358.wpd