1  EDMUND G. BROWN JR.
   Attorney General of the State of California
2  KARIN S. SCHWARTZ
   Supervising Deputy Attorney General
3  SUSAN M. CARSON, State Bar No. 135875
   Supervising Deputy Attorney General
4   455 Golden Gate Avenue, Suite 11000
   San Francisco, CA  94102-7004
5  Telephone: (415) 703-5580
   Fax:  (415) 703-5480
6  E-mail:  susan.carson@doj.ca.gov

7  Attorneys for Respondents John Wagner,
   Director of Department of Social Services
8  and Department of Social Services

9

10                IN THE UNITED STATES DISTRICT COURT

11               FOR THE NORTHERN DISTRICT OF CALIFORNIA

12

13 | JOSHUA LEONARD,                        | No.  C 07 4490 JCS
14 |                                        |
   |                 Plaintiff and Petitioner, | NOTICE OF MOTION TO
15 |                                        | BRING IN THIRD-PARTY
   |      v.                                | DEFENDANT  (Fed. R. Civ. Proc.
16 |                                        | 14(a))
   | JOHN WAGNER, Director, California      |
17 | Department of Social Services and      |
   | CALIFORNIA DEPARTMENT OF SOCIAL        |
18 | SERVICES,                              |
19 |              Defendants and Respondents. |

20

21  TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

22         TAKE NOTICE that John Wagner and California Department of Social Services (DSS)

23  will bring the attached motion on for hearing before this court on October 26, 2007 at 9:30 a.m.

24  or as soon thereafter as the matter may be heard in Courtroom A, 15th Floor before the Honorable

25  / / /

26  / / /

27  / / /

28  / / /

1. Joseph C. Spero of the U.S. District Court, Norther District of California.
2. Dated: September 21, 2007

3.                                                      Respectfully submitted,

4.                                                      EDMUND G. BROWN JR.
                                                        Attorney General of the State of California
5.                                                      KARIN S. SCHWARTZ
                                                        Supervising Deputy Attorney General
6.

7.                                                      /s/Susan M. Carson

8.
                                                        SUSAN M. CARSON
9.                                                      Supervising Deputy Attorney General
                                                        Attorneys for Respondents John Wagner,
10.                                                     Director of Department of Social Services,
                                                        and Department of Social Services
11.

12. SF2007401962
    40175360.wpd
13.