Angela Schwartz (Bar No. 234650)
Stephen Ronfeldt (Bar No. 41044)
THE PUBLIC INTEREST LAW PROJECT
449 15th Street, Suite 301
Oakland, CA 94612-2038
Tel.: (510) 891-9794
Fax: (510) 891-9727
Email: aschwartz@pilpca.org
       sronfeldt@pilpca.org

Alice Bussiere (Bar No. 114680)
Corene Kendrick (Bar No. 226642)
YOUTH LAW CENTER
200 Pine Street, Suite 300
San Francisco, CA 94104-2741
Tel.: (415) 543-3379
Fax: (415) 956-9022
Email: abussiere@ylc.org
       ckendrick@ylc.org

Richard A. Rothschild (Bar No. 67356)
Nu Usaha (Bar No. 190094)
WESTERN CENTER ON LAW AND POVERTY
3701 Wilshire Boulevard, Suite 208
Los Angeles, CA 90010-2809
Tel.: (213) 487-7211
Fax: (213) 487-0242
Email: rrothschild@wclp.org
       nusaha@wclp.org

Attorneys for Petitioner/Plaintiff Joshua Leonard

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSHUA LEONARD,<br><br>　　　　Petitioner/Plaintiff,<br><br>　vs.<br><br>JOHN WAGNER, Director, California Department of Social Services; and CALIFORNIA DEPARTMENT OF SOCIAL SERVICES,<br><br>　　　　Respondents/Defendants. | Case No.: C07 4490 JCS<br><br>**[PROPOSED] ORDER**<br><br>DATE:　October 26, 2007<br>TIME:　9:30 a.m.<br>PLACE:　Court Room A, 15th Floor<br>JUDGE:　Honorable Joseph C. Spero |

# [PROPOSED] ORDER

Plaintiff seeks an order remanding this civil action to the San Francisco Superior Court, and Defendants seek an order permitting them to file a third-party complaint against the United States Department of Health and Human Services. Both Plaintiff's Motion for Remand and Defendants' Motion to File a Third-Party Complaint came on regularly for hearing, the Honorable Joseph C. Spero, presiding. After full consideration of all documents submitted by the parties and oral arguments of counsel, the Court concludes:

1. Plaintiff has shown that Defendants' removal pursuant to 28 U.S.C. § 1441(b) lacks authority and is invalid;
2. Because this Court lacks jurisdiction over the initial case, there is no action to which Defendants can adjoin a third-party complaint;
3. Defendants' third-party complaint is not yet ripe for judicial review.

Accordingly, IT IS HEREBY ORDERED that Plaintiffs' Motion for Remand is GRANTED and this civil action is remanded to the San Francisco Superior Court and Defendants' Motion for Leave to File a Third-Party Complaint is DENIED.

Dated: _____    _____

THE HONORABLE JOSEPH C. SPERO
U.S. Magistrate Judge
Northern District of California