UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JOSHUA LEONARD,

        Plaintiff(s),

  v.

JOHN WAGNER,

        Defendant(s).
_____/

No. C 07-04490 (JCS)

CLERK'S NOTICE

TO ALL PARTIES AND COUNSEL OF RECORD:

YOU ARE NOTIFIED THAT the hearing on Plaintiff's Motion to Remand, and Defendants' Motion To Bring in Third-Party Defendant, currently noticed for hearing on October 26, 2007, at 9:30 a.m., before Magistrate Judge Spero, has been reset to **January 18, 2008, at 9:30 a.m.** Regardless of whether the Court reschedules the hearing, the reply brief shall be filed by **October 12, 2007.**

YOU ARE HEREBY FURTHER NOTIFIED THAT the Case Management Conference, before Magistrate Judge Spero, currently noticed for December 7, 2007, at 1:30 p.m., has been reset to **January 18, 2008, at 9:30 a.m.** A joint case management conference statement shall be due by **January 11, 2007.** Any party requesting a continuance shall submit a stipulation and proposed order.

Counsel shall report to Courtroom A, 15th Floor, 450 Golden Gate Avenue, San Francisco, California.

Dated: October 10, 2007

FOR THE COURT,
Richard W. Wieking, Clerk

by: _____
    Karen L. Hom
    Courtroom Deputy