Angela Schwartz (Bar No. 234650)
Stephen Ronfeldt (Bar No. 41044)
THE PUBLIC INTEREST LAW PROJECT
449 15th Street, Suite 301
Oakland, CA 94612-2038
Tel.: (510) 891-9794
Fax: (510) 891-9727
Email: aschwartz@pilpca.org
       sronfeldt@pilpca.org

Alice Bussiere (Bar No. 114680)
Corene Kendrick (Bar No. 226642)
YOUTH LAW CENTER
200 Pine Street, Suite 300
San Francisco, CA 94104-2741
Tel.: (415) 543-3379
Fax: (415) 956-9022
Email: abussiere@ylc.org
       ckendrick@ylc.org

Richard A. Rothschild (Bar No. 67356)
Nu Usaha (Bar No. 190094)
WESTERN CENTER ON LAW AND POVERTY
3701 Wilshire Boulevard, Suite 208
Los Angeles, CA 90010-2809
Tel.: (213) 487-7211
Fax: (213) 487-0242
Email: rrothschild@wclp.org
       nusaha@wclp.org

Attorneys for Petitioner/Plaintiff Joshua Leonard

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSHUA LEONARD,<br><br>    Petitioner/Plaintiff,<br><br>    vs.<br><br>JOHN WAGNER, Director, California Department of Social Services; and CALIFORNIA DEPARTMENT OF SOCIAL SERVICES,<br><br>    Respondents/Defendants. | Case No.: C07 4490 JCS<br><br>**CERTIFICATION OF INTERESTED PARTIES OR ENTITIES**<br><br>JUDGE:   Honorable Joseph C. Spero |

Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

Dated:  Dec. 27, 2007                    THE PUBLIC INTEREST LAW PROJECT

                                         YOUTH LAW CENTER

                                         WESTERN CENTER ON LAW AND POVERTY

                                          /s/  Corene Kendrick
                                         _____

                                         CORENE KENDRICK
                                         Attorneys for Plaintiff