UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Joshua Leonard

Plaintiff(s),

v.

John Wagner, Director, California Department of Social Services; and California Department of Social Services

Defendant(s).

CASE NO. C07-4490-JCS

NOTICE OF NEED FOR ADR PHONE CONFERENCE

Counsel report that they have met and conferred regarding ADR and that they:

☐ have not yet reached an agreement to an ADR process
✓ request an Early Settlement Conference with a Magistrate Judge

Date of Case Management Conference 12/12/2007

The following counsel will participate in the ADR phone conference:

| Name | Party Representing | Phone No. | E-Mail Address |
|---|---|---|---|
| Susan Carson | Defendants | 415-703-5580 | susan.carson@doj.ca.gov |
| Angela Schwartz | Plaintiff | 510-891-9794 x125 | aschwartz@pilpca.org |
| Corene Kendrick | Plaintiff | 415-543-3379 x3909 | ckendrick@ylc.org |

*Civil Local Rule 16-8 and ADR Local Rule 3-5 require that lead trial counsel participate in a telephone conference with a member of the ADR Legal Staff before the Case Management Conference. The ADR Unit (adr@cand.uscourts.gov) will notify you of the date and time of your phone conference.*

Dated: 12/27/2007

Corene Kendrick
Attorney for Plaintiff

Dated: 12/27/2007

Beverly R. Meyers for
Susan Carson
Attorney for Defendant

Rev 12.05