Angela Schwartz (Bar No. 234650)
Stephen Ronfeldt (Bar No. 41044)
THE PUBLIC INTEREST LAW PROJECT
449 15th Street, Suite 301
Oakland, CA 94612-2038
Tel.: (510) 891-9794
Fax: (510) 891-9727
Email: aschwartz@pilpca.org
       sronfeldt@pilpca.org

Alice Bussiere (Bar No. 114680)
Corene Kendrick (Bar No. 226642)
YOUTH LAW CENTER
200 Pine Street, Suite 300
San Francisco, CA 94104-2741
Tel.: (415) 543-3379
Fax: (415) 956-9022
Email: abussiere@ylc.org
       ckendrick@ylc.org

Richard A. Rothschild (Bar No. 67356)
Nu Usaha (Bar No. 190094)
WESTERN CENTER ON LAW AND POVERTY
3701 Wilshire Boulevard, Suite 208
Los Angeles, CA 90010-2809
Tel.: (213) 487-7211
Fax: (213) 487-0242
Email: rrothschild@wclp.org
       nusaha@wclp.org

Attorneys for Petitioner/Plaintiff Joshua Leonard

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSHUA LEONARD, | Case No. C07 4490 JCS |
| Petitioner/Plaintiff, | CERTIFICATE OF SERVICE BY PLAINTIFF OF INITIAL DISCLOSURES |
| vs. | |
| JOHN WAGNER, Director, California Department of Social Services; and CALIFORNIA DEPARTMENT OF SOCIAL SERVICES, | |
| Respondents/Defendants. | |

1    I hereby certify that on the 28th day of December 2007, I transmitted via email a
2 true and correct copy of Plaintiff's Initial Disclosures on the parties in this action by
3 sending a true and correct copy via electronic mail as consented to in writing by the
4 parties, addressed as follows:

6 Susan M. Carson, Deputy Attorney General
Attorney for Defendants
7 Susan.carson@doj.ca.gov

10 I am aware that service is presumed invalid if the serving party learns that it did not reach
11 the person to be served.

14 I declare under penalty of perjury under the laws of the State of California that the above is
15 true and correct.

16 Dated: December 28, 2007

*Corene Kendrick*
Corene Kendrick
Youth Law Center
Attorney for Plaintiff

Certificate of Service by Plaintiff of Initial Disclosures   - 2 -        (Case No. C07 4490 JCS)