United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JOSHUA LEONARD,

        Plaintiff,

  v.

JOHN WAGNER, ET AL.,

        Defendants.
_____/

No. C-07-04490 JCS

**ORDER GRANTING MOTION FOR REMAND, DENYING WITHOUT PREJUDICE MOTION TO BRING IN THIRD-PARTY DEFENDANT AND REMANDING ACTION TO SAN FRANCISCO SUPERIOR COURT [Docket Nos. 6 & 11]**

        This action was originally filed in the Superior Court for the County of San Francisco and removed to federal court on the grounds of federal question jurisdiction. Plaintiff now brings a Motion for Remand ("Remand Motion") on the basis that this Court does not have subject matter jurisdiction over the action. Defendants have filed a Motion to Bring in Third-Party Defendant ("Defendants' Motion"). The Court concludes that both motions are suitable for determination without oral argument, pursuant to Civ. L.R. 7-1(b).

        On the question of whether removal of this action was proper, Judge Illston's decision in *Brain Injury Policy Institute v. Shewry*, 2006 WL 2237732 (N.D. Cal. July 31, 2006), is directly on point. For the reasons stated in that decision, the Court concludes that Plaintiff does not have standing under Article III of the United States Constitution to assert his claims in federal court. Accordingly, Plaintiff's Remand Motion is GRANTED. Because the Court does not have subject matter jurisdiction over this action, it declines to rule on Defendants' Motion, which is DENIED without prejudice.

        The motion hearing and the Initial Case Management Conference scheduled for **January 18,**

**2008** are **vacated**. The Court REMANDS this action to the Superior Court for the County of San Francisco.

IT IS SO ORDERED.

Dated: January 7, 2008

_____
JOSEPH C. SPERO
United States Magistrate Judge