**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**
_____

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
415.522.2000

January 23, 2008

Superior Court of California, County of San Francisco
400 McAllister Street, Room 103
San Francisco, CA 94102

RE:  CV 07-04490 JCS    JOSHUA LEONARD-v-JOHN WAGNER
        Your Case Number: (CPF-07-507449)

Dear Clerk,

        Pursuant to an order remanding the above captioned case to your court, transmitted

herewith are:

        (X)     Certified copies of docket entries

        (X)     Certified copies of Remand Order

        ()      Other

Please acknowledge receipt of the above documents on the attached copy of this letter.

                        Sincerely,

                        RICHARD W. WIEKING, Clerk

                        by:  Gina Agustine-Rivas
                        Case Systems Administrator

Enclosures
Copies to counsel of record

NDC TR-5  Rev.  7/92
o:\mrg\civil\remand.mrg