ENDORSED
F I L E D
*San Francisco County Superior Court*

JAN 2 5 2008

GORDON PARK-LI, Clerk
BY: _____ JEANETTE SANTOS _____
Deputy Clerk

FILED

OB JAN 30 PH 1: 11

RICH,
CLERK, U. DISTRICT COURT
RTHERN DIS CALIFORNIA

**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
415.522.2000

January 23, 2008

Superior Court of California, County of San Francisco
400 McAllister Street, Room 103
San Francisco, CA 94102

RE: <u>CV 07-04490 JCS   JOSHUA LEONARD-v-JOHN WAGNER</u>
      Your Case Number: <u>(CPF-07-507449)</u>
Dear Clerk,

Pursuant to an order remanding the above captioned case to your court, transmitted

herewith are:

- (X)    Certified copies of docket entries
- (X)    Certified copies of Remand Order
- ()     Other

Please acknowledge receipt of the above documents on the attached copy of this letter.

Sincerely,

RICHARD W. WIEKING, Clerk

by: <u>Gina Agustine-Rivas</u>
Case Systems Administrator

Enclosures
Copies to counsel of record

NDC TR-5 Rev. 7/92
o:\mrg\civil\remand.mrg